1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   KENNETH SMITH,

11          Plaintiff,                    No. CIV S-07-1683 FCD KJM PS

12          vs.

13   SACRAMENTO METRO PROBATION
     DIV.,
14
            Defendants.              ORDER
15   _____/

16          Plaintiff, proceeding pro se, filed the above-entitled actions.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18          On October 22, 2007, the magistrate judge filed findings and recommendations

19   herein which were served on plaintiff and which contained notice to plaintiff that any objections

20   to the findings and recommendations were to be filed within ten days.  Plaintiff has not filed

21   objections to the findings and recommendations.

22          The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

1

1       1. The findings and recommendations filed October 22, 2007, are adopted in full;

2    and

3       2. This action is dismissed without prejudice.  See Local Rule 11-110; Fed. R.

4    Civ. P. 41(b).

5    DATED:   January 31, 2008.

6

7    _____

     FRANK C. DAMRELL, JR.
     UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2